**EXHIBIT 1**



**J.Dale Shoemaker <jdshoemaker@investigativepost.org>**

## eFOIA Request Received

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>  		Tue, Feb 28, 2023 at 4:15 PM
To: jdshoemaker@investigativepost.org

## Individual Information

| | |
|---|---|
| Prefix | Mr. |
| First Name | John |
| Middle Name | Dale |
| Last Name | Shoemaker |
| Suffix | |
| Email | jdshoemaker@investigativepost.org |
| Phone | 814-215-0509 |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | 487 Main Street |
| Address Line 2 | Suite 300 |

| | |
|---|---|
| **City** | Buffalo |
| **State** | New York |
| **Postal** | 14203 |

## Agreement to Pay

| | |
|---|---|
| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| **Allow up to $** | 50 |

## Proof Of Affiliation for Fee Waiver

| | |
|---|---|
| **Waiver Explanation** | I am a journalist working for the news outlet Investigative Post. I am seeking this information in furtherance of public education. |
| **Documentation Files** | |

## Non-Individual FOIA Request

| | |
|---|---|
| **Request Information** | Please consider the following a formal request under the Freedom of<br>Information Act, for the following documents:<br><br>I request all 302s, investigative files, memos, letters and reports related<br>to or containing mention of the following individuals and entities: George<br>Maziarz, Mark Gabriele, Henry Wojtaszek, Richard Bianchi, Mark Onesi, Henry<br>Sloma, Samuel Ferraro, Western Regional Off-Track Betting Corporation,<br>Niagara County Industrial Development Agency (IDA) and Niagara County Center<br>for Economic Development. |

## Expedite

| | |
|---|---|
| **Expedite Reason** | This request pertains to a timely matter regarding public officials and thus<br>I am requesting expedited processing. |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.