UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

INVESTIGATIVE POST, INC.,

                Plaintiff,                              24-CV-00129-JLS-MJR

v.

FEDERAL BUREAU OF INVESTIGATION and

DEPARTMENT OF JUSTICE,

                Defendants.
_____

## JOINT MOTION ACKNOWLEDGING SERVICE
## AND SETTING ANSWER DATE IN 30 DAYS

      Plaintiff Investigative Post, Inc., and Defendants the Federal Bureau of Investigation (FBI) and U.S. Department of Justice (DOJ) (collectively, "the Parties") respectfully submit this Joint Motion Acknowledging Service and requesting to set a deadline for Defendants' Answer 30 days following the filing of this motion.

      On February 7, 2024, Plaintiff filed a Complaint pursuant to the Freedom of Information Act (FOIA). ECF No. 1. On June 13, 2024, Defendants filed a Motion to Dismiss for Failure to Properly Serve Defendants, arguing that Plaintiffs had not properly or timely served the United States Attorney's Office for the Western District of New York (USAO-WDNY), and the docket contained no evidence of such service. ECF No. 5.

      Since the filing of the motion, Plaintiff's counsel has filed an Affidavit of Service (ECF No. 8) and has provided the undersigned with a certified mail receipt for service upon the USAO-WDNY.

Therefore, Defendants acknowledge that service was properly made on the appropriate parties and request that the Court deny the pending motion as moot. Furthermore, the Parties request that the Court set a deadline for Defendants to answer the Complaint 30 days from the filing of this motion on **August 5, 2024**.

DATED: Buffalo, New York, July 5, 2024

TRINI E. ROSS
United States Attorney

S/Michael F. Higgins             BY:    S/Scott Leeson Sroka
Counsel for Plaintiff                   SCOTT LEESON SROKA
Ernstrom & Dreste, LLP                  Assistant United States Attorney
925 Clinton Square                      United States Attorney's Office
Rochester, New York 14604               Western District of New York
(585) 473-3100                          138 Delaware Avenue
mhiggins@ed-llp.com                     Buffalo, New York 14202
                                        scott.sroka@usdoj.gov
                                        (716) 843-5831