UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

INVESTIGATIVE POST, INC.,

                Plaintiff,                    24-CV-00129-JLS-MJR

    v.

FEDERAL BUREAU OF INVESTIGATION and

DEPARTMENT OF JUSTICE,

                Defendants.
_____

## JOINT STATUS REPORT

Plaintiff Investigative Post, Inc. and Defendants, the United States Department of Justice ("DOJ") together with its component agency the Federal Bureau of Investigation ("FBI") (the "Defendants") (collectively, "the Parties"), respectfully submit this Joint Status Report (JSR) to the Court, pursuant to the Court's September 11, 2024, Text Order (ECF No. 15).

Plaintiff filed this action pursuant to the Freedom of Information Act (FOIA) on February 7, 2024 (ECF No. 1), naming DOJ and the FBI as defendants and seeking records from the FBI. Defendants answered on August 20, 2024 (ECF No. 14). The FBI has maintained a production schedule wherein it has processed at least 500 pages of potentially responsive records per month and produced relevant records on a monthly basis, including a Release Letter stating the number of pages of potentially responsive records processed and the number of pages released in full or in part. The Release Letters also identified the specific FOIA Exemptions applied to the production.

On October 31, 2024, the FBI made its fifth production of records to Plaintiff, including a Release Letter stating that it had processed 500 pages of potentially responsive records and released 125 pages. The letter also identified the specific FOIA Exemptions applied to the production.

On November 27, 2024, the FBI made its sixth and final production of records to Plaintiff, including a Release Letter stating that it had processed 104 pages of potentially responsive records and released 14 pages. The letter also identified the specific FOIA Exemptions applied to the production.

As of its last release on November 30, 2024, the FBI has completed processing all of the potentially responsive records in this case, including those records that were sent to other government agencies as part of the consultation process. Therefore, the Parties propose that the Court set the following summary judgment briefing schedule:

- Defendants shall file their summary judgment motion no later than **March 24, 2025**;

- Plaintiff shall file its response no later than **April 7, 2025**;

- Defendants shall file their reply no later than **April 14, 2025**.

The Parties respectfully request that the Court issue a scheduling order consistent with the dates set forth above.

Dated:  December 10, 2024

Respectfully submitted,

MICHAEL F. HIGGINS                    TRINI E. ROSS
Attorney for Plaintiff                      United States Attorney

*s/Michael F. Higgins*                    By: */s/  Scott Leeson Sroka*
Ernstrom & Dreste, LLP                SCOTT LEESON SROKA
925 Clinton Square                        Assistant United States Attorney
Rochester, New York 14604           138 Delaware Avenue
(585) 473-3100                              Buffalo, New York 14202
Email: mhiggins@ed-llp.com         Telephone: 716-843-5831
                                                    Email: Scott.Sroka@usdoj.gov

HEATHER R. ABRAHAM
Attorney for Plaintiff

*s/Heather R. Abraham*
University at Buffalo School of Law
Civil Rights & Transparency Clinic
524 O'Brian Hall
Buffalo, New York 14260
(716) 645-2073
Email: habraham@buffalo.edu