UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

INVESTIGATIVE POST, INC.,

                  Plaintiff,                  24-CV-00129-JLS-MJR

v.

FEDERAL BUREAU OF INVESTIGATION and
DEPARTMENT OF JUSTICE,

                  Defendants.

_____

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice and without costs or fees to either party.

| DATED: February 27, 2025 | DATED: February 27, 2025 |
|---|---|
| JOEL LOUIS VIOLANTI<br>Acting United States Attorney |   /s/ *Heather R. Abraham*<br>HEATHER R. ABRAHAM<br>University at Buffalo School of Law |
| By:   /s/ *Scott Leeson Sroka*<br>SCOTT LEESON SROKA<br>Assistant United States Attorney<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>(716) 843-5831<br>Email: Scott.Sroka@usdoj.gov<br>*Attorney for Defendants* | Civil Rights & Transparency Clinic<br>524 O'Brian Hall<br>Buffalo, New York 14260<br>(716) 645-2073<br>Email: habraham@buffalo.edu<br><br>  /s/ *Michael F. Higgins*<br>Ernstrom & Dreste, LLP<br>925 Clinton Square<br>Rochester, New York 14604<br>(585) 473-3100<br>Email: mhiggins@ed-llp.com<br><br>*Attorneys for Plaintiff* |

SO ORDERED:

_____
Hon. John L. Sinatra, Jr.
United States District Judge